PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Lewis Tate*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 210 PENSION FUND,

        Plaintiff,

    - against -

LEWIS TATE,

        Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No. 07-8140

STATE OF NEW YORK   )
                               s.s.
COUNTY OF NEW YORK  )

    Mahiri Buffong, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over eighteen years of age and resides in the Bronx, New York.

    That on the **17th** day of **September, 2007** deponent served by hand delivery the within **NOTICE OF REMOVAL, NOTICE OF NOTICE OF REMOVAL and 7.1 STATEMENT** thereof upon:

        Ira A. Sturm, Esq.
        Raab, Sturm & Goldman, LLP
        317 Madison Avenue, Suite 1708
        New York, New York  10017

                                              /s/ Mahiri Buffong
                                              Mahiri Buffong

Sworn to before me this
17th day of September, 2007

/s/ Notary
Notary Public

OMAR S. RICHARDSON
Notary Public, State of New York
No. 01RI6082205
Qualified in New York County
Commission Expires October 21, 2010

{00289251.DOC;}