PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 652-3890
JANE LAUER BARKER (JB 5436)
*Attorneys for Defendant Lewis Tate*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LOCAL 210 PENSION FUND,

                Plaintiff,

    -against-

LEWIS TATE,

                Defendant.
------------------------------------------------------------------- x

07 CV 8140

**7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Lewis Tate, a private non-governmental party, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

    NONE

Dated: New York, New York
       September 17, 2007

Respectfully submitted,

PITTA & DREIER LLP
*Attorneys for Defendant Lewis Tate*

By: *[signature]*
    Jane Lauer Barker (JB 5436)
499 Park Avenue
New York, New York 10022
(212) 652-3890