UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOCAL 210 PENSION FUND,                       :
                                              :
                Plaintiff,           :
                                              :
    -against-                                :    **RULE 7.1 STATEMENT**
                                              :
                                              :    Docket No. 07-CV-8140
                                              :                (LAP)
LEWIS TATE,                                   :
                Defendant,           :
-------------------------------------------------------------X

      Local 210 Pension Fund ("Fund") , by its attorneys Raab, Sturm & Goldman, LLP., states

as follows:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Local 210 Pension Fund, ("Pension Fund") certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE.

Dated:    October 19, 2007

RAAB, STURM & GOLDMAN, LLP


By: _____
    Ira A. Sturm (IAS-2042)
    *Attorneys for Plaintiffs Funds*
    317 Madison Avenue, Suite 1708
    New York, New York  10017
    Tel. (212) 683-6699
    Fax (212) 779-8596
