UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LOCAL 210 PENSION FUND         :
                               :
                Plaintiff,   :      AFFIDAVIT
                               :
  -against-                    :      Index No.: 07-CV-8140
                               :
Lewis Tate                     :
                Defendant.   :
                               :
---------------------------------------------------------X

STATE OF NEW YORK        )
                         )ss:
COUNTY OF NEW YORK       )

      Nancy Rivera, being duly sworn deposes and says:  I am not a party to the action, am over 18 years of age and reside in Jersey City, New Jersey.

      On October 1, 2007, I served a true copy of Answer to Counterclaims by mailing the same, via first class mail, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

                Jane Lauer Barker
                499 Park Avenue
                New York, New York 10022

_____
                                                              Nancy Rivera

Sworn to before me this
1st Day of October, 2007

_____
NOTARY PUBLIC