12/28/2007 17:07 FAX                                                                            ☒ 002/002
12/28/2007 10:30 FAX                                                                            ☒ 004/004

```
                                    ┌──────────────────────────────┐
                                    │  USDC SDNY                   │
                                    │  DOCUMENT                    │
                                    │  ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT        │  DOC #: _____              │
SOUTHERN DISTRICT OF NEW YORK       │  DATE FILED: 1/3/08          │
                                    └──────────────────────────────┘
----------------------------------X
LOCAL 210 PENSION FUND,            :
                                   :
                    Plaintiff,     :
                                   :
        -against-                  :         **STIPULATION OF**
                                   :         **DISMISSAL**
                                   :         Docket No. 07-CV-8140
                                   :         (LAP)
LEWIS TATE,                        :
                    Defendant,     :
----------------------------------X
```

The undersigned counsel for the respective parties hereby stipulate to the dismissal of the instant action, with prejudice, each side to bear its respective costs and attorneys fees.

RAAB, STURM & GOLDMAN, LLP                       PITTA & DREIER LLP

By: _____                    By: _____
    Ira A. Sturm (IS-2042)                           Jane Lauer Barker (JB-5436)
    *Attorneys for Plaintiff*                        *Attorneys for Defendant*
    330 Madison Avenue, Suite 2010                   499 Park Avenue
    New York, New York 10017                         New York, New York 11725
    (212) 683-6699                                   (212) 652-3828


SO ORDERED: _____            _____
                    U.S.D.J.                              Date